DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:03-CR-00120(JWS) |
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| THERESA A. SHEPPARD, | ) ON PERMANENT FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1.  Judgment for $12,156.84 was imposed on January 15, 2004, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against THERESA A. SHEPPARD as judgment debtor.

2.  I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3.  The judgment debtor was represented by counsel.

    4.    The judgment entered is not a default judgment.

    5.    ACCRUED since the entry of judgment are the following sums:

    $0.00    accrued interest, computed at 0%.

    $175.00    accrued costs.

    6.    CREDIT must be given for payments and partial satisfaction in the total amount of:

    $1,931.60    which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

    7.    $10,400.24    ACTUALLY DUE on June 9, 2006. Of this total, $10,225.24 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

    8.    The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

    9.    The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

    10.    This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to **100%** of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

U.S. vs. THERESA A. SHEPPARD
Case No.: 3:03-CR-00120(JWS)

2

DATED this 16th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/06

U.S. vs. THERESA A. SHEPPARD
Case No.: 3:03-CR-00120(JWS)

3