| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:03 CR-00120-JWS |
| DEFENDANT | TYPE OF PROCESS |
| Theresa A. Sheppard | WRIT OF GARNISHMENT |

RECEIVED MAR 21 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501   Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy, A.U.S.A.
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-5071
DATE: 6-20-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 4 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 6-20-06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Curt Troger

Date of Service: 6/24/06   Time: 10:23 am

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | 0 | 0 | 45.00 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
# BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
      222 W. 7th Avenue, #28
      Anchorage, AK 99513-7504
      Phone (907) 271-5154

*- For PFD Division Use Only -*
PFD Server Code _____

Location _____ **REDACTED**

Priority _____

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:03-CR-00120 (JWS)
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** THERESA A. SHEPPARD

**AKA or Alias:**

**Social Security Number:** **REDACTED**

**Date of Birth:**

**Amount of Writ** $10,400.24

**Service Fee** $

**Interest to October 15** $

**Total Due** $10,400.24

Service Agent

| Signature Randy M Johnson | Date 12/29/06 |
|---|---|
| Printed Name Randy M Johnson | Title USM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

| Status | Name |
|---|---|
| Not Eligible | Watson, Harry, redacted |
| Not on File for 2006 | Gillman, Randy |
| Not Eligible | Corona, Michael, redacted |
| Paid a higher priority | Sheldon, Raven, redacted |
| Not Eligible | Baugh, Ronald, redacted |
| Paid a higher priority | Bowen, David, |
| Not Eligible | Simmler, George, Redacted |
| Not Eligible | Sheppard, Theresa, |
| Not Eligible | Bingham, Iris, Redacted |
| Not Eligible | Simmons, Jerri, Redacted |
| Not Eligible | Osterhaus, Cassey, redacted |
| Paid a higher priority | David, Wanda, redacted |
| Not Eligible | Hernandez, Yolanda, redacted |
| Paid a higher priority | Beattie, Annie, redacted |
| Pending | Thibodeau (Bateman), Peggy Sue, redacted |
| Not Eligible | Gray, Keion, redacted |
| Not Eligible | Hunnicutt, Laura, redacted |
| Not Eligible | Curtis, Lahoya, Redacted |
| Not Eligible | Remuto, Cherie |