PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska



RECEIVED
JAN 1 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.  Case No.  3:03-cr-120 (JWS)

Theresa Sheppard

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on January 14, 2008. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE

Timothy M. Astle                              1/14/08
U.S. Probation/Pretrial Services Officer      Date

REDACTED

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___15th___ day of ___January___, 20_08_.

REDACTED

John W. Sedwick
Chief U.S. District Court Judge